# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0145. MARIA DEL CARMEN MANNONE v. GREGORY ALLEN EHLER, et al.

Maria Del Carmen Mannone, the mother of the minor child at issue in this custody dispute, seeks appellate review of the juvenile court's "final order."[1]

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a stamped "filed" copy of the order being appealed. Although Mannone included a copy of the juvenile court's order with her application, it was not a stamped "filed" copy. Accordingly, we are unable to determine whether her application was filed within 30 days of the order she challenges. See OCGA § 5-6-35 (d) (providing that an application must be filed within 30 days of the entry of the order).

As the applicant, Mannone bears the burden of establishing that her application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information she provided with her application, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.

---

[1] Mannone's filing is titled "Notice of Appeal," but was docketed as an application for discretionary appeal because it was filed in this Court rather than in the trial court. Compare OCGA § 5-6-37 (notices of appeal are filed in the trial court) and OCGA § 5-6-35 (d) (applications for discretionary appeal are filed in the appellate court).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __12/20/2012__
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*